Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

ALONZO ROSS

    v.

J. M. REINHARDT ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 24-CV-439

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is administratively terminated.

Date: May 13, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Donna
    Deputy Clerk